# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## INFORMAL BRIEF

**No.** 14-1773,   Orly Taitz v. Carolyn Colvin
            1:13-cv-01878-ELH

### 1. Jurisdiction (for appellants/petitioners only)
A. Name of court or agency from which review is sought:
US District Court for the District of MD

B. Date(s) of order or orders for which review is sought:
07.25.2014; 06.13.2014; 05.13.2014

### 2. Timeliness of notice of appeal or petition for review (for prisoners only)
Exact date on which notice of appeal or petition for review was placed in institution's internal mailing system for mailing to court:

### 3. Issues for Review
Use the following spaces to set forth the facts and argument in support of the issues you wish the Court of Appeals to consider. The parties may cite case law, but citations are not required.

**Issue 1.** Judge Hollander breached her duty to recuse herself due to egregious conflict of interest

**Supporting Facts and Argument.** See, exhibit A motion to recuse Judge Hollander under 28 USC §455(a). Filed July 21, 2014

**Issue 2.** Lower court erred in refusing to release under FOIA 5 USC §552

**Supporting Facts and Argument.** Social Security number xxx-xx-4425 of Harry Bounel, who was born in and around 1890, was considered extremely aged individual and SSA was obligated to release his application. This is particularly important as Barack Obama published his tax returns on line, did not redact them & full Connecticut SSN xxx-xx-4425 of Harry Bounel became available to the public, it failed E-Verify & SSNS

Read argument in Exhibit B which contains: 1. Complaint - Second amended complaint
2. Opposition to motion to dismiss by Defense
3. Reply in support of motion for summary judgment in favor of plaintiff
4. motion for reconsideration.

**Issue 3.** Lower court erred in not forwarding to the Grand Jury under 18 U.S.C. § 3332

**Supporting Facts and Argument.**

Read the argument in attached motion to Expediently Forward to the Federal Grand Jury Under 18 USC 3332 or order by the court to the U.S. Attorney to forward to the Federal Grand Jury evidence of Obama's use of a stolen CT SSN XXX-XX-4425 and bogus IDs, as well as Recent Act of Treason by Obama, aka Soetoro, aka Soebarkah

**Issue 4.** The court covered up Barack Obama's use of a stolen CT SSN XXX-XX-4425 by Harry Bounel, which represents sealed treason & breach of oath of office by Judge Hollander. If 4th Circuit court of Appeals does not reverse this decision and does not order production of the original SS-5 Application for SSN of Harry Bounel later issued to Obama, the 4th Circuit Court of Appeals will be criminally complicit in committing treason and usurpation of the U.S. Presidency.

**Supporting Facts and Argument**

4. **Relief Requested**
**Identify the precise action you want the Court of Appeals to take:**

1. reverse the decision by the lower court
2. Remand to the lower court & order Judge Hollander to recuse herself and have another judge review the administration relay
3. order Social Security Administration (original paper copy) SSN-XXX-XX-4425 which was assigned to Harry Bounel and was later fraudulently assumed by Barack Obama. 4. forward to the Grand Jury under 18 USCS 3332 evidence of SS fraud, identity theft.

5. **Prior appeals (for appellants/petitioners only)**    none

A. Have you filed other cases in this Court? Yes [ ] No [ ]

B. If you checked YES, what are the case names and docket numbers for those appeals and what was the ultimate disposition of each?

_____
Signature
[Notarization Not Required]

_____Orly TAITZ_____
[Please Print Your Name Here]

## CERTIFICATE OF SERVICE
*********************

I certify that on __08/15/2014__ I served a copy of this Informal Brief on all parties, addressed as shown below:

_____
Signature

**NO STAPLES, TAPE OR BINDING PLEASE**

3

United States District Court for the __U S District Court__

District of __Maryland__

File Number __13-CV-1878__

FILED
LODGED
ENTERED
RECEIVED
AUG 1 2014
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Taitz

)
) 
v.       )    Notice of Appeal
)
)

Colvin

Notice is hereby given that __Orly Taitz__ (plaintiffs) (defendants) in the above named case,* hereby appeal to the United States Court of Appeals for the __4th__ Circuit (from the final judgment) (from the order (describing it)) entered in this action on the __25__ day of __July__, 20 __14__;

2. 06.13.2014
3. 05.15.2014

(s) __Taitz    07.29.2014__
    Plaintiff Pro Se

Attorney for _____

Address: _____

_____

\* See Rule 3(c) for permissible ways of identifying appellants.

SCC
08/11/2011

age 2 of 2

Case 1:13-cv-0181

**Law Offices of Orly Taitz, Esq.**
29839 Santa Margarita Pkwy, Ste 300
Rancho Santa Margarita, CA 92688

$6.50 0
US POSTAGE
FIRST-CLASS
062S0008013082
92688

CERTIFIED MAIL

7012 2920 0001 1958 9857

FILED _____ ENTERED
LOGGED _____ RECEIVED

AUG 12 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

Clerk of Court
U.S. District Court
101 West Lombard
Baltimore, MD 21201

FILED: August 4, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 14-1773
(1:13-cv-01878-ELH)

———————

ORLY TAITZ

       Plaintiff - Appellant

and

DEFEND OUR FREEDOMS FOUNDATION

       Plaintiff

v.

CAROLYN COLVIN, Commissioner of the Social Security Administration

       Defendant - Appellee

and

SSA NOTIFY

       Party-in-Interest

---

This case has been opened on appeal.

| Originating Court | United States District Court for the District of Maryland at Baltimore |
|---|---|
| Originating Case Number | 1:13-cv-01878-ELH |

| Date notice of appeal filed in originating court: | 08/01/2014 |
|---|---|
| Appellant (s) | Orly Taitz |
| Appellate Case Number | 14-1773 |
| Case Manager | Cathi Bennett 804-916-2704 |

7